# EXHIBIT A

Int. Cls.: 9, 16, 25 and 41

Prior U.S. Cls.: 2, 5, 21, 22, 23, 26, 29, 36, 37, 38, 39, 50, 100, 101 and 107

Reg. No. 3,352,141

**United States Patent and Trademark Office**    Registered Dec. 11, 2007

## TRADEMARK
## SERVICE MARK
### PRINCIPAL REGISTER

# ARCTIC MONKEYS

TURNER, ALEX (UNITED KINGDOM INDIVIDUAL)
C/O WILDLIFE ENTERTAINMENT
21F HEATHMANS ROAD
LONDON, UNITED KINGDOM SW6 4TJ AND
HELDERS, MATTHEW (UNITED KINGDOM INDIVIDUAL)
C/O WILDLIFE ENTERTAINMENT LIMITED
21F HEATHMANS ROAD
LONDON, UNITED KINGDOM SW6 4TJ AND
NICHOLSON, ANDREW (UNITED KINGDOM INDIVIDUAL)
C/O WILDLIFE ENTERTAINMENT LIMITED
21F HEATHMANS ROAD
LONDON, UNITED KINGDOM SW6 4TJ AND
COOK, JAMES (UNITED KINGDOM INDIVIDUAL)
C/O WILDLIFE ENTERTAINMENT LIMITED
21F HEATHMANS ROAD
LONDON, UNITED KINGDOM SW6 4TJ

FOR: MOTION PICTURE FILMS; PRE-RECORDED VIDEO CASSETTES, TAPES AND DISCS, PHONOGRAPH RECORDS; PRE-RECORED AUDIO CASETTES, TAPES AND DISCS; AND COMPUTER SOFTWARE ALL FEATURING MUSIC AND ENTERTAINMENT IN THE NATURE OF COMEDY, DRAMA, ACTION, ADVENTURE, AND/OR ANIMATION; INTERACTIVE VIDEO AND MULTIMEDIA GAME PROGRAMS, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FOR: STATIONERY, PRINTED MATTER, NAMELY, SONGBOOKS, ANNUALS, NEWSLETTERS, NEWSPAPERS, PERIODICALS, JOURNALS, CATALOGUES, MANUALS, PAMPHLETS, LEAFLETS, POSTERS, BOOKS AND MAGAZINES, ALL OF THE FOREOING DEALING WITH MUSIC AND/OR ENTERTAINMENT IN THE NATURE OF COMEDY, DRAMA, ACTION, ADVENTURE, AND/OR ANIMATION; STICKERS; PHOTOGRAPHS; PAPER BAGS; PRINTS; PHOTO ALBUMS; NOTE CARDS AND GREETING CARDS, IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).

FOR: ARTICLES OF OUTER CLOTHING, NAMELY, SWEATSHIRTS, JACKETS, COATS, SHORTS, TROUSERS, SOCKS, SUITS, GLOVES, T-SHIRTS; CLOTHING ACCESSORIES, NAMELY, SCARVES AND BELTS; FOOTWEAR; HATS AND HEADGEAR, NAMELY, HEADWEAR, IN CLASS 25 (U.S. CLS. 22 AND 39).

FOR: MOTION PICTURE FILM PRODUCTION; PRESENTATION OF LIVE PERFORMANCES IN THE NATURE OF THE PROVISION OF MUSIC, MUSICAL PERFORMANCES AND CONCERTS; MUSIC PUBLISHING SERVICES, BOOK PUBLISHING SERVICES AND THE PUBLICATION OF TEXTBOOKS; PROVIDING SOUND RECORDING STUDIO SERVICES; ENTERTAINMENT SERVICES, NAMELY, LIVE PERFORMANCES OF MUSIC AND SINGING BY A GROUP, BANK OR AN INDIVIDUAL; LIVE AUDIO VISUAL PERFORMANCES IN THE NATURE OF ENTERTAINMENT IN THE NATURE OF COMEDY, DRAMA, ACTION, ADVENTURE, AND/OR ANIMATION, MUSIC AND SINGING , IN CLASS 41 (U.S. CLS. 100, 101 AND 107).

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

PRIORITY CLAIMED UNDER SEC. 44(D) ON UNITED KINGDOM APPLICATION NO. 2412075, FILED 1-26-2006, REG. NO. 2412075, DATED 1-26-2006, EXPIRES 1-26-2016.

SER. NO. 78-824,289, FILED 2-27-2006.

MARGERY A. TIERNEY, EXAMINING ATTORNEY

SER. NO. 78-824,289, FILED 2-27-2006.

MARGERY A. TIERNEY, EXAMINING ATTORNEY